**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

WILD CALLING PET FOODS, LLC,
Tax ID/EIN: 47-2462719

Debtor.

Bankruptcy Case No. 17-19898 TBM
Chapter 11

**ORDER CONVERTING CASE UNDER CHAPTER 11**
**TO CASE UNDER CHAPTER 7**

Before the Court is the "United States Trustee's Motion to Convert Chapter 11 Case" (Docket No. 119, the "Motion"). The United States Trustee (the "UST") asserts he provided proper notice of his Motion and no objections have been filed. Accordingly, the Court:

ORDERS THAT:

1. This Chapter 11 case is converted to a case under Chapter 7.

2. The Debtor shall:

   a. forthwith turn over to the Chapter 7 Trustee all records and property of the estate in its possession or control as required by Fed. R. Bankr. P. 1019(4);

   b. within 14 days of the date of entry of this order, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, including the name and address of each creditor, as required by Fed. R. Bankr. P. 1019(5);

   c. within 30 days following the entry of the order of conversion, file and transmit to the United States Trustee a final report and account.

3. Within 14 days of the date of entry of this order, the Debtor shall file the statements and schedules required by Fed. R. Bankr. P. 1019(1)(A) and 1007(b), if such documents have not already been filed; and, it is

FURTHER ORDERED that the Debtor, its agents, employees and attorneys are herein enjoined from taking any action with respect to any assets or records of the Debtor, save and except to preserve the same and to forthwith turn over the same pursuant to Fed. R. Bankr. P. 1019(4) to the Chapter 7 trustee appointed herein.

DATED:  March 29, 2018

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge