UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
    WILD CALLING PET FOODS, LLC )
                                      ) Case No. 17-19898 TBM
                                      ) Chapter 7
    Debtor )

FILED
CLERK OF COURT
JUL - 5 2019
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

# REPORT OF SALE

COMES NOW Dickensheet & Associates, Inc., Auctioneer, in the above captioned proceeding and states as follows:

1. On May 10th, 2018, the Trustee in the above-captioned case obtained an order from the Court for the sale of assets at public auction, and for the employment and compensation of the undersigned auctioneer.

2. The property consigned by the Trustee was sold at public auction on Saturday, June 8th, 2019, by Dickensheet & Associates, Inc., 1501 W Wesley Avenue, Denver, Colorado 80223. A list of each item sold, along with the price and the buyer, is attached. A list of registered buyers is also attached.

3. The total proceeds of $ 22,500.00 received for the property consigned by the Trustee were mailed or delivered to the Trustee on July 2nd, 2019.

4. The undersigned was paid a commission of ten percent (10%) totaling $ 2,250.00 and expenses of $ 533.50 were incurred regarding this estate.

5. If any items consigned by the Trustee were not sold because no bids were received, the items have been returned to the Trustee or sold at a later auction date.

6. The undersigned hereby certified that neither he nor any of his employees acquired any interest, either direct or indirect, in any of the property sold.

DATED: July 1st, 2019

                                          Respectfully submitted,

                                          Christine Dickensheet
                                          Dickensheet & Associates, Inc.
                                          1501 W Wesley Avenue
                                          Denver, Colorado 80223

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing REPORT OF SALE was delivered or mailed, postage prepaid, to the following:

Jeffrey Hill
Chapter 7 Trustee
12605 E Euclid Drive
Centennial, Colorado 80111

United States Trustee
District of Colorado
999 18th Street, Suite 1551
Denver, Colorado 80202

United States Bankruptcy Court
721 19th Street
Denver, Colorado 80202

DATED: July 1st, 2019

# Seller Settlement

Invoice #: 5-119755-1

Dickensheet & Associates, Inc
1501 W Wesley Ave
Denver, CO 80223
Phone: (303) 934-8322

## Seller Information

| | |
|---|---|
| Seller Name: | CALLING, WILD |
| Seller Number: | 5 |
| Company: | CASE#: 17-19898 |
| Location: | MR. JEFFREY HILL, TRUSTEE UNITED STATES BANKRUPTCY COURT |
| Phone: | |

## Auction Information

| | |
|---|---|
| Auction: | USMS, USBC VEHICLE AUCTION |
| Date: | 06/08/2019 11:00 |
| Location: | 1501 W Wesley Ave Denver, CO 80223 |

| Lot Num | Description | Bidder | Lot SubTotal | Comm Total | Lot Net |
|---|---|---|---|---|---|
| 3 | 2007 CHEVROLET CORVETTE , VIN: 1G1YY36U675118289, ODOMETER READS 20,513 | 3 | $22,500.00 | ($2,250.00) | $20,250.00 |
| 1 | | | $22,500.00 | ($2,250.00) | $20,250.00 |

## Expenses

| Date | Type | Merchant | Description | Amount | Notes |
|---|---|---|---|---|---|
| | Seller | | Relocation to Auction Site by Interstate Towing | $186.00 | |
| | Seller | | Advertising & Promotion | $347.50 | |

Total Expenses: 2   Total: $533.50

### Summary

| | |
|---|---|
| Auction Gross | $22,500.00 |
| Commissions | ($2,250.00) |
| Expenses | ($533.50) |
| Credits | $0.00 |
| Auction Net | $19,716.50 |
| Total Paid | $22,500.00 |
| Balance Due | ($2,783.50) |

# PUBLIC ONLINE AUCTION • Saturday, June 8th – 10:00 AM

**Inspection For Both Auctions:** Friday, June 7th – 9:00 AM - 5 PM, and Saturday, January 8th – 9:00 AM - 11 AM

On Behalf Of The US Bankruptcy Court, Estates & Others

**Private Wine Collection, Liquor Store, Firearms, Undeveloped Land, Coins/Currency & More To Be Sold**

# PUBLIC LIVE AUCTION • Saturday, June 8th – 11:00 AM



On Behalf Of The US Marshals Service, US Bankruptcy Court & Others

## LUXURY CARS AND MORE

2019 Chevy CorvetteZR1   2019 Chevrolet ZR1Premium 3ZR Convertible
2014 Dodge Viper SRT   2014 Porsche Cayenne Turbo
2014 Dodge Challenger SXT/Rallye Redline
1966 Chevrolet Impala Super Sport 327 Convertible
2018 Chevrolet Camaro ZL1   2014 Dodge SRT Viper GTS
Classic 1928 Ford Tudor (Early Inspection)
MOTORCYCLES, BOATS, TRAVEL & UTILITY TRAILERS
GREAT SELECTION OF ADDITIONAL VEHICLES

**BOTH AUCTIONS ARE BEING CONDUCTED AT:**
1501 W Wesley Avenue, Denver



**Dickensheet & Associates Inc.**   (303) 934-8322   www.Dickensheet.com